THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robby McDaniel, Appellant.
 
 
 

Appeal From Dorchester County
 James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-255
Submitted April 1, 2010  Filed April 26,
 2010    
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Robby McDaniel appeals the revocation of his probation.  He contends the
 circuit court erred in revoking his probation based solely on the fact that he
 was terminated from sex offender counseling because he was in denial.  He
 asserts this was error because the initial order did not require a successful
 completion of counseling and did not require an admission of guilt as a
 condition of the successful completion of counseling.  We affirm[1] pursuant to
 Rule 220(b)(1), SCACR, and the following authorities: State
 v. Bryant, 372 S.C. 305, 315-16,
 642 S.E.2d 582, 588 (2007) (holding if an appellant conceded the trial court's
 ruling was not prejudicial, he could not assert on appeal the ruling denied him
 a fair trial); State v. Mitchell, 330 S.C. 189, 195, 498 S.E.2d 642,
 645 (1998) (finding when an appellant acquiesces in the trial court's
 ruling, the issue is procedurally barred); Ex parte McMillan, 319 S.C.
 331, 335, 461 S.E.2d 43, 45 (1995) (providing a party cannot concede an issue
 at trial and then complain on appeal).  
AFFIRMED.
HUFF, THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.